THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARVIN HOLMES, Appellant. [917 NYS2d 863]—

The court properly denied defendant's motion to suppress his statements to the police and his videotaped statement. There was no need for the police to repeat previously administered *Miranda* warnings before reinterviewing defendant. The second interview came within a reasonable time after the initial warnings, and custody had remained continuous (*see People v Gauger*, 268 AD2d 386 [2000], *lv denied* 95 NY2d 852 [2000]). The length and circumstances of defendant's custody were not unduly coercive. Furthermore, defendant's statement reveals that, after realizing he had been picked out of a lineup, he freely decided to

retract his prior exculpatory statements and admit his guilt. Concur—Mazzarelli, J.P., Acosta, DeGrasse, Richter and Manzanet-Daniels, JJ.